■ In the Matter of the Application of the COMMUNITY LEGAL RIGHTS FOUNDATION, INCORPORATED, for Extension of Approval of THE COMMUNITY LAWYER PROGRAM.— Application of Community Legal Rights Foundation,

Incorporated, for extension of the period for which it is authorized to maintain a community lawyer program in the City of Albany, County of Albany, granted, and period extended to March 15, 1975. This approval is subject to the terms and conditions set forth in the decision dated July 20, 1973. Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.